140299   CK. No. 108

ORIGINAL

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | Case No. 05-10585(H) |
| | ) | |
| STACEY DAWN DAVIS, | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | Judge: ARTHUR I. HARRIS |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Richard A. Baumgart, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

Claim No. 5        Citibank USA N.A.            $116.82
                   dba Home Depot
                   P.O. Box 9025
                   Des Moines, IA 50368

2. Your trustee's check for $116.82 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: March 9, 2006

_____
Richard A. Baumgart, Trustee

cc: United States Trustee

FILED 2006 MAR 20 PM 1:50 NORTHERN DISTRICT OF OHIO CLEVELAND